IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-726-RBJ

LAFONDFX, INC.,

    Plaintiff,

v.

STEVE KOPELMAN and KARINE KOPELMAN, husband and wife; and
ROB ZOMBIE'S GREAT AMERICAN NIGHTMARE d/b/a HAUNT HOLDINGS

    Defendants.

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT KOPELMAN'S MOTION TO STAY JUDGMENT

Plaintiff LaFondFX, Inc. ("LFX"), through its undersigned counsel, submits this response in opposition to Steven Kopelman's Motion To Stay Judgment and for Expedited Determination (Dkt. # 147) and states as follows:

1. Defendant's Motion for Stay seeks to further expand these proceedings by having the Court delay enforcement of the judgment, and instead entertain yet more argument and/or evidence regarding Defendant's fraud-on-the-court theories. (Mot. at 3 (stay "will give the Court an opportunity to act methodically, afford due process to all concerned …."),) This Court enjoys wide discretion in determining whether to enter a stay under Fed. R. Civ. P. 62(b). *See, e.g.*, *United States v. Melot*, No. CV 09-0752 JH/WPL, 2012 WL 2914224, at *1-2 (D.N.M. May 23, 2012). Here, such a delay is unnecessary. Defendant's Motion To Amend Judgment, (Dkt. # 146), does not require the Court to conduct an evidentiary hearing, as it relies on the pretrial record and witness testimony from trial. As Plaintiff explains in its opposition to that motion, the Motion fails both as a legal matter and a factual matter. (*See* Dkt. # 150.) Defendant's motion to amend the

judgment should therefore be denied without further proceedings, which will render moot the instant request for a stay of the judgment.

2.   To the extent the Court is inclined to grant a stay, Plaintiff requests that the Court require a bond to be posted in the amount of the jury verdict, plus prejudgment interest sought by Plaintiff and costs requested by Plaintiff.  The jury verdict in this matter is for $55,762.79. (Dkt. # 141.) Plaintiff has filed a bill of costs requesting $11,176.91. (Dkt. # 148.) Plaintiff filed a motion to amend the judgment to include interest that requested prejudgment interest in the amount of $30,900.82. (Dkt. # 144.) <u>In total, these amounts sum to $98,425.52</u>. Thus, while Plaintiff believes the request for a stay should be denied, if the Court is inclined to grant the stay requested by Defendant, Plaintiff requests that Defendant be ordered to post a bond in the amount of $98,425.52, with the proceeds payable to Plaintiff in the event the Court eventually denies Defendant's Motion to Amend Judgment (Dkt. # 146).

WHEREFORE, Plaintiff LFX requests that the Motion be denied.

Respectfully submitted this 19th day of July, 2017.

*s/ Daniel D. Williams*
Darrell M. Daley
Daniel D. Williams
WILLIAMS & DALEY LLC
1426 Pearl Street, Suite 207
Boulder, Colorado 80302
Phone:  (303) 747-6400
Fax:  (720) 907-0901
Email:  dan@williamsdaley.com
           darrell@williamsdaley.com

**Counsel for Plaintiff LaFondFX, Inc.**

## CERTIFICATE OF SERVICE

I certify that on this 19th day of July, 2017, the foregoing was filed and served through the Court's CM/ECF system, on the following:

RYLEY CARLOCK & APPLEWHITE
F. Brittin Clayton III
1700 Lincoln Street, Ste. 3500
Denver, CO 80203
Phone: 303-813-7500
E-mail: bclayton@rcalaw.com
*Attorney for Defendants Steve Kopelman,
Karine Kopelman, and Rob Zombie's Great
American Nightmare d/b/a Haunt Holdings*

                                               _s/ Daniel D. Williams_